**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PETE WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:25-CV-1794-CMS |
| | ) | |
| CHERI O'NEAL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court upon review of self-represented Plaintiff Pete Wright's

complaint filed on December 4, 2025. ECF No. 1. The complaint is defective because it has not

been drafted on a Court form. *See* E.D. Mo. Local Rule 2.06(A) ("All actions brought by self-

represented plaintiffs or petitioners should be filed on Court-provided forms"). Because Plaintiff

is proceeding without counsel, the Court will allow him the opportunity to file an amended

complaint on Court-provided forms. Plaintiff has **thirty (30) days** from the date of this Order to

file an amended complaint in accordance with the specific instructions set forth here.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall mail to Plaintiff two blank

Prisoner Civil Rights Complaint forms.

**IT IS FURTHER ORDERED** that Plaintiff must file an amended complaint on the

Court's form within **thirty (30) days** of the date of this Order. Plaintiff is advised that his

amended complaint will take the place of his original filing and will be the only pleading that

this Court will review.

2

**If Plaintiff fails to comply with this Order, the Court may dismiss this action without prejudice and without further notice.**

Dated this 11th day of December, 2025.

CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE